# United States District Court
# For The Western District of North Carolina
# Charlotte Division

American Automobile Association,

        Plaintiff,	DEFAULT JUDGMENT
	IN A CIVIL CASE

vs.	3:10-cv-189-RJC

J & T Body Shop, Inc.,

        Defendant.

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 31, 2011 Order.

        Signed: October 31, 2011

*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court